```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRICKLAYERS AND ALLIED            )
CRAFTWORKERS LOCAL 1 OF PA/DE;    ) Civil Action
BRICKLAYERS AND ALLIED            ) No. 02-CV-04079
CRAFTWORKERS LOCAL 1 OF PA/DE     )
HEALTH AND WELFARE FUND;          )
BRICKLAYERS AND ALLIED            )
CRAFTWORKERS LOCAL 1 OF PA/DE     )
JOINT APPRENTICESHIP AND          )
TRAINING FUND;                    )
TILE LAYERS LOCAL 6 ANNUITY FUND;)
TMT TILE FINISHERS LOCAL 32       )
ANNUITY FUND;                     )
TILE LAYERS LOCAL 6               )
VACATION FUND; and                )
TMT TILE FINISHERS LOCAL 32       )
VACATION FUND,                    )
                                  )
          Plaintiffs              )
                                  )
          vs.                     )
                                  )
MASTRO MASONRY CONTRACTORS;       )
ERNEST BOCK AND SONS, INC.;       )
XL SPECIALTY INSURANCE COMPANY;   )
and JOSEPH RUSSO, Individually    )
and as President of Mastro        )
Masonry Contractors,              )
                                  )
          Defendants              )


ERNEST BOCK AND SONS, INC.,       )
                                  )
          Cross Claimant          )
                                  )
          vs.                     )
                                  )
MASTRO MASONRY CONTRACTORS,       )
                                  )
          Cross Defendant         )
```

ARGUMENT SCHEDULING ORDER

NOW, this 30th day of September, 2003,

IT IS ORDERED that oral argument is scheduled before Judge James Knoll Gardner on Tuesday, May 18, 2004, at 9:30 o'clock a.m. in Courtroom B, Edward N. Cahn United States

Courthouse, 504 West Hamilton Street, Allentown, Pennsylvania, on all motions for summary judgment, if any, that are timely filed.

IT IS FURTHER ORDERED that not later than seven days before the argument date each party shall submit to Judge Gardner[1] a written summary of the issues and of that party's argument, which summary shall not exceed two pages in length.[2]

IT IS FURTHER ORDERED that continuances will be granted only in extraordinary circumstances.  Continuance requests shall be signed by one counsel of record for each represented party and by each unrepresented party.  Continuance requests shall be submitted at least ten days prior to the argument on a form approved by Judge Gardner.

By: _____
CHERYL E. SINCLAIR
Civil Deputy Clerk to
Judge James Knoll Gardner
Phone:  (610) 434-3457

---

[1]     The memoranda may be forwarded to Judge Gardner by mail at Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania 18101; by fax at (610) 434-3459; or by e-mail addressed to Chambers_of_Judge_James_Knoll_Gardner@paed.uscourts.gov

[2]     Ordinarily each party shall have 20 minutes to present oral argument unless more time is allotted, or less time is directed, by Judge Gardner.  There will be no rebuttal argument unless Judge Gardner requests it.