IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRICKLAYERS AND ALLIED              )
CRAFTWORKERS LOCAL 1 OF PA/DE;      )   Civil Action
BRICKLAYERS AND ALLIED              )   No. 02-CV-04079
CRAFTWORKERS LOCAL 1 OF PA/DE       )
HEALTH AND WELFARE FUND;            )
BRICKLAYERS AND ALLIED              )
CRAFTWORKERS LOCAL 1 OF PA/DE       )
JOINT APPRENTICESHIP AND            )
TRAINING FUND;                      )
TILE LAYERS LOCAL 6 ANNUITY FUND;)
TMT TILE FINISHERS LOCAL 32         )
ANNUITY FUND;                       )
TILE LAYERS LOCAL 6                 )
VACATION FUND; and                  )
TMT TILE FINISHERS LOCAL 32         )
VACATION FUND,                      )
                                    )
                Plaintiffs          )
                                    )
        vs.                         )
                                    )
MASTRO MASONRY CONTRACTORS;         )
ERNEST BOCK AND SONS, INC.;         )
XL SPECIALTY INSURANCE COMPANY;     )
and JOSEPH RUSSO, Individually      )
and as President of Mastro          )
Masonry Contractors,                )
                                    )
                Defendants          )


ERNEST BOCK AND SONS, INC.,         )
                                    )
                Cross Claimant      )
                                    )
        vs.                         )
                                    )
MASTRO MASONRY CONTRACTORS,         )
                                    )
                Cross Defendant     )


O R D E R

NOW, this 8th day of October, 2003, upon consideration
of the Motion to Revise Non Jury Attachment Order filed by
plaintiffs on October 8, 2003; it appearing that plaintiffs have
certified in accordance with Local Rule 7.1(b) of the Rules of

Civil Procedure for the United States District Court for the
Eastern District of Pennsylvania,

            IT IS ORDERED that the motion is granted.

        IT IS FURTHER ORDERED that plaintiff shall have until
October 10, 2003 to file plaintiff's trial memorandum.

        IT IS FURTHER ORDERED that plaintiff shall have until
October 13, 2003 to file the parties agreed upon findings of fact
and conclusions of law.

        IT IS FURTHER ORDERED that plaintiff shall have until
October 14, 2003 to file its summary of contentions of fact and
theories of liability and damages.

                            BY THE COURT:


                            _____
                            James Knoll Gardner
                            United States District Judge