MERANZE AND KATZ, P.C.
BY:   Michael N. Katz, Esquire     (ID# 27857)
         Claiborne S. Newlin, Esquire (ID# 84371)
Lewis Tower Building, 12th Floor
225 S. 15th Street
Philadelphia, PA 19102
Tel.: (215) 546-4183
Fax: (215) 790-1382

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 1 OF PA/DE et al. | : | CIVIL ACTION |
| Plaintiffs, | : | NO. 02CV-4079 |
| v. | : | |
| MASTRO MASONRY CONTRACTORS et al. | : | |
| Defendants | : | |

**TRIAL MEMORANDUM**

Plaintiffs, Bricklayers and Allied Craftworkers Local 1 of PA/DE, Bricklayers and Allied Craftworkers Local 1 of PA/DE Health and Welfare Fund, Bricklayers and Allied Craftworkers Local 1 of PA/DE Joint Apprenticeship and Training Fund, Tile Layers Local 6 Annuity Fund, TMT Tile Finishers Local 32 Annuity Fund, Tile Layers Local 6 Vacation Fund and TMT Tile Finishers Local 32 Vacation Fund file this trial memorandum in accordance with the Court's Non-Jury Trial Attachment Order of September 30, 2003.

EXHIBITS:

1. Collective Bargaining Agreement between Employing Bricklayers Association of Delaware Valley and Local No. 1 of PA/DE, May 1, 2000—April 30, 2003.

2. Schedule A: Wage Rates Effective May 1, 2001.

3. Signature page for Mastro Masonry Contractors, August 9, 2001.

4. Agreement and Declaration of Trust for welfare and benefit funds.

5. Statement of Policy For Collection Of Delinquent Contributions.

6. Mastro Masonry Certified Payroll, December 12, 2001—March 27, 2002.

7. Spreadsheet: Mastro Benefit Claim.

8. Spreadsheet: Mastro Dues Claim.

9. Mastro Masonry Fringe Benefit Funds reports August 2001—January 2002.

10. Spreadsheet Mastro: Interest and Liquidated Damages Due.

11. Meranze and Katz time billing for Mastro Masonry.

12. Receipts for filing and service costs.

EXPERT WITNESSES:

Plaintiffs do not plan on calling any expert witnesses.

FACT WITNESSES:

John Phillips
2706 Black Lake Place
Philadelphia, PA 19154

Mr. Phillips is President and Business Manager of Bricklayers and Allied Craftworkers Local 1 of PA/DE. Mr. Phillips will testify about the collective bargaining agreement between Local 1 and the Employing Bricklayers Association and the signing of that agreement by Joseph Russo on behalf of Mastro Masonry.

Edward Powers
2706 Black Lake Place
Philadelphia, PA 19154

Mr. Powers is the Administrator of the Bricklayers and Allied Craftworkers Local 1 of PA/DE Health and Welfare Fund. Mr. Powers will testify about employer contributions to the Local 1 affiliated benefit funds.

ITEMIZED STATEMENT OF DAMAGES

1. Unpaid benefit claim ................................................................... $127,200.61

2. Dues claim ................................................................................. $22,031.28

3. Contract Interest and Liquidated damages ......................................... $3,024.85

4. Attorney's fees .......................................................................... $2,775.00

5. Costs ....................................................................................... $225.00

6. Total ....................................................................................... $155,256.74

SIGNIFICANT ISSUES:

    None

NAMES AND ADDRESSES OF PARTIES

Plaintiffs:

    Bricklayers and Allied Craftworkers Local 1 of PA/DE
    2706 Black Lake Place
    Philadelphia, PA 19154

    Bricklayers and Allied Craftworkers Local 1 of PA/DE
     Health and Welfare Fund
    2706 Black Lake Place
    Philadelphia, PA 19154

    Bricklayers and Allied Craftworkers Local 1 of PA/DE
     Joint Apprenticeship and Training Fund
    Suite 240, Meetinghouse Business Center
    140 West Germantown Pike
    Plymouth Meeting, PA 19462

    Tile Layers Local 6 Annuity Fund
    2706 Black Lake Place
    Philadelphia, PA 19154

    TMT Tile Finishers Local 32 Annuity Fund
    2706 Black Lake Place
    Philadelphia, PA 19154

    Tile Layers Local 6 Vacation Fund
    2706 Black Lake Place
    Philadelphia, PA 19154

    TMT Tile Finishers Local 32 Vacation Fund
    2706 Black Lake Place
    Philadelphia, PA 19154

Defendants:

    Mastro Masonry Contractors
    3117 Lehigh Street, Suite 222
    Allentown, PA 18103

    Ernest Bock and Sons, Inc.
    2800 Southhampton Road
    Philadelphia, PA 19154

XL Specialty Insurance Company
436 Walnut Street
Philadelphia, PA 19106

Joseph Russo
3117 Lehigh Street, Suite 222
Allentown, PA 18103

TRIAL COUNSEL:

Claiborne S. Newlin, Esquire
Meranze and Katz, P.C.
225 S. 15th Street
Philadelphia, PA 19102
Tel.: (215) 546-4183
Fax: (215) 790-1382

                Respectfully submitted,

                MERANZE AND KATZ, P.C.

October 10, 2003                BY:   MICHAEL N. KATZ
                                        CLAIBORNE S. NEWLIN