MERANZE AND KATZ, P.C.
BY:    Michael N. Katz, Esquire      (ID# 27857)
       Claiborne S. Newlin, Esquire (ID# 84371)
Lewis Tower Building, 12th Floor
225 S. 15th Street
Philadelphia, PA 19102
Tel.: (215) 546-4183
Fax: (215) 790-1382

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 1 OF PA/DE et al. | : | CIVIL ACTION |
| Plaintiffs, | : | NO. 02CV-4079 |
| v. | : | |
| MASTRO MASONRY CONTRACTORS et al. | : | |
| Defendants | : | |

**ORDER TO SETTLE, DISCONTINUE AND END
LIMITED TO DEFENDANTS ERNEST BOCK AND SONS, INC.
AND XL SPECIALTY INSURANCE CO. ONLY**

To the Clerk:

    Please mark this action settled, discontinued and ended with respect to Defendants Ernest Bock and Sons, Inc. and XL Specialty Insurance Co. only.

Date: _____                    _____
                                                               CLAIBORNE S. NEWLIN
                                                               Attorney for Plaintiffs