```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRICKLAYERS AND ALLIED              )
CRAFTWORKERS LOCAL 1 OF PA/DE;      )  Civil Action
BRICKLAYERS AND ALLIED              )  No. 02-CV-04079
CRAFTWORKERS LOCAL 1 OF PA/DE       )
HEALTH AND WELFARE FUND;            )
BRICKLAYERS AND ALLIED              )
CRAFTWORKERS LOCAL 1 OF PA/DE       )
JOINT APPRENTICESHIP AND            )
TRAINING FUND;                      )
TILE LAYERS LOCAL 6 ANNUITY FUND;   )
TMT TILE FINISHERS LOCAL 32         )
ANNUITY FUND;                       )
TILE LAYERS LOCAL 6                 )
VACATION FUND; and                  )
TMT TILE FINISHERS LOCAL 32         )
VACATION FUND,                      )
                                    )
            Plaintiffs              )
                                    )
       vs.                          )
                                    )
MASTRO MASONRY CONTRACTORS;         )
ERNEST BOCK AND SONS, INC.;         )
XL SPECIALTY INSURANCE COMPANY;     )
and JOSEPH RUSSO, Individually      )
and as President of Mastro          )
Masonry Contractors,                )
                                    )
            Defendants              )


ERNEST BOCK AND SONS, INC.,         )
                                    )
            Cross Claimant          )
                                    )
       vs.                          )
                                    )
MASTRO MASONRY CONTRACTORS,         )
                                    )
            Cross Defendant         )
```

## O R D E R

NOW, this 23rd day of February, 2004, upon consideration of the Order to Settle, Discontinue and End Limited to Defendants Ernest Bock and Sons, Inc. and XL Specialty Insurance Co. Only filed by plaintiff on February 23, 2004; it

appearing by agreement of counsel that the issues between plaintiffs and defendants Ernest Bock and Sons, Inc. and XL Specialty Insurance Co. have been settled, and upon Order of the court pursuant to the provisions of Rule 41.1(b) of the Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania effective July 1, 1995,

<u>IT IS ORDERED</u> that this action is dismissed with prejudice, without costs.

<u>IT IS FURTHER ORDERED</u> that pursuant to Rule 41.1(b) the within dismissal Order "may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of" the within Order.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge